16-00577:6.3:Motion for Entry of Default:Proposed Findings of Fact and Conclusions of Law Entered: 11/23/2016 12:04:59 PM by:Caroline Hasten Page 1 of 3
54298 Findings of Fact and Conclusions of Law
Evans

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION



In re:

Angela Evans
  Debtor.

Beverly Bus Garage Federal Credit Union,
  Plaintiff,

v.

Angela Evans,
  Defendant.

Chapter 7
Case No. 16-22656

Judge Schmetterer

Adv. No. 16-577

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Debtor Angela Evans ("Defendant") filed her petition for relief under Chapter 7 of the Bankruptcy Code. Plaintiff, Beverly Bus Garage Federal Credit Union ("Plaintiff") instituted the above entitled Adversary Proceeding seeking determination of non-dischargeability of debt against Defendant under 11 U.S.C. §§ 523, § 523(a)(2)(A) and § 523(a)(2)(C)(i)(II).

## FINDINGS OF FACT

1. Plaintiff is a not-for-profit Credit Union located in Chicago, Illinois.

2. Defendant is an individual currently residing in Chicago, Illinois.

3. On June 9, 2016, the Defendant applied for, and received, an unsecured loan from the Credit Union in the amount of $6,988.01.

4. On July 14, 2016, the Defendant voluntarily filed for relief under Chapter 7 of the United States Bankruptcy Code.

5. The Defendant filed her Chapter 7 Bankruptcy Petition thirty-five (35) days after applying for and receiving a loan from the Credit Union.

Case 16-00577    Doc 11    Filed 01/03/17    Entered 01/04/17 11:27:46    Desc Main
Document    Page 2 of 3

16-00577:6.3:Motion for Entry of Default:Proposed Findings of Fact and Conclusions of Law Entered: 11/23/2016 12:04:59 PM by:Caroline Hasten Page 2 of 3

6. On September 22, 2016, Plaintiff filed an adversary proceeding against the Defendant, seeking denial of the discharge for an unsecured loan.

7. On September 22, 2016, the Plaintiff served the Defendant with a copy of the Complaint and Summons.

8. The Defendant did not file a response or otherwise plead to the Plaintiff's Complaint.

9. The Defendant failed to list the loan with the Credit Union on her sworn bankruptcy schedules.

10. As of the petition date, the Defendant remains indebted to the Credit Union pursuant to the unsecured loan in the amount of $6,726.55.

11. The Defendant did not intend to repay the Loan, and had no reasonable, good faith belief that she had the means to do so.

12. After Defendant obtained the loan, she made one payment.

13. There was no change in the Defendant's financial circumstance between the time the Defendant requested the funds and the time she filed her bankruptcy petition. There was no job loss and no sudden or unexpected financial hardship.

14. The Credit Union extended the Loan as a result of a false representation that the Defendant intended to repay the debt.

## JURISDICTION AND VENUE

15. Jurisdiction lies over this proceeding under 28 U.S.C. § 1334(b), and the proceeding has been referred here by Internal Operating Procedure IS(a) of the District Court. The Complaint seeks to determine dischargeability of debt and is therefore a core proceeding under 28 U.S.C. § 1S7(b)(2)(I). Venue is properly placed in this court under 28 U.S.C. § 1409(a).

## CONCLUSIONS OF LAW

16. As of July 14, 2016, the Defendant remains indebted to plaintiff in the sum of $6,726.55.

17. The Defendant did not reasonably believe she would repay the debt when she entered into the loan agreement with the Plaintiff.

18. Pursuant to Federal Rule of Bankruptcy Procedure 7055(b), the Defendant is hereby defaulted as she was properly served, has not filed an answer, nor has she responded to Plaintiff's Complaint.

19. Pursuant to 11 U.S.C. 523(a)(2)(A) of the Bankruptcy Code, said debt is not dischargeable as it is a debt for obtaining money by false representations.

20. The debt is presumptively non-dischargeable as it is within the seventy day period, outlined in section 11 U.S.C. §523(a)(2)(C)(i)(II), before filing the bankruptcy petition.

21. Defendant's debt to Plaintiff is excepted under 11 U.S.C. 523, from any discharge granted the defendant in the underlying bankruptcy case.

Enter:

Dated: JAN 0 3 2017

PREPARED BY:
TRUNKETT & TRUNKETT, P.C.
20 N. Wacker Drive
Suite 1434
Chicago, IL 60606
312.324.3101
Kerry Trunkett: 6188221
Caroline Hasten: 6316656